IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| OLATUNDE ADEPEGBA, #236174 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16cv158 |
| | § | |
| COLLIN CO. SHERIFF'S OFFICE, et al. | § | |

### **ORDER OF DISMISSAL**

This case was referred to United States Magistrate Judge Don D. Bush, who issued a Report and Recommendation concluding that Plaintiff's case should be dismissed without prejudice. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the court concludes that the findings and conclusions of the Magistrate Judge are correct. It is therefore

**ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

So **ORDERED** and **SIGNED** this **1** day of **June, 2016.**

_____
Ron Clark, United States District Judge